| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

| | |
|---|---|
| SERVICE OF: | **SUMMONS, VERIFIED COMPLAINT, CIVIL COVER SHEET, EXHIBITS** |
| EFFECTED (1) BY ME: | |
| TITLE: | **PROCESS SERVER**        DATE: 12/29/10 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
RANDEEP MANN

Place where served:
3201 WEST ROOSEVELT ROAD, LITTLE ROCK AR 72204

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

SERVED BY Pulaski County Sheriff

**STATEMENT OF SERVER**

TRAVEL $ _____ . ___      SERVICES $ _____ . ___     TOTAL $ _____ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/29/20 10

_____ L.S.
SIGNATURE OF _____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

STATE OF ARKANSAS
COUNTY OF PULASKI
have this 29 day of Dec 20 10 duly served the within by delivering a true copy of the same to the within named
Served Randeep Mann upper
Deputy Lisa Walgrat He
Pulaski Co Detention Facility
1500 hrs
DOC HOLLADAY, SHERIFF
BY _____

| | |
|---|---|
| ATTORNEY: | DENNIS R LAFIURA, ESQ |
| PLAINTIFF: | DAYS INN WORLDWIDE, INC |
| DEFENDANT: | QUANTUM HOTEL, L.L.C., ET AL |
| VENUE: | DISTRICT OF NEW JERSEY |
| DOCKET: | 2 09 CV 06474 PGS ES |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**OFFICE OF THE**
# PULASKI COUNTY SHERIFF
P. O. Box 830, Little Rock, AR 72203
Phone: 501-340-8450    Fax: 501-340-8470

## CERTIFICATE OF SERVICE

STATE OF ARKANSAS
COUNTY OF PULASKI

CASE NUMBER:   09-06474
PLAINTIFF:     Days Inns Worldwide, Inc.,
DEFENDANT:     Randeep Mann

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED BEFORE KEN TURNER UNDER OATH, PRESENTS THAT HE/SHE HAS READ AND SUBSCRIBED BELOW AND STATES THAT THE INFORMATION HEREIN IS TRUE AND CORRECT.

ON THE 29th DAY OF DECEMBER, 2010 I HAVE DULY SERVED THE WITHIN SUMMONS AND COMPLAINT A COPY THEREOF (OR STATING THE SUBSTANCE THEREOF) TOGETHER WITH A COPY OF THE COMPLAINT TO

**12-29-2010 Randeep Mann, was served by Deputy Lesa Warner at Pulaski County Detention Facility, Little Rock, AR**

DEPUTY KEN TURNER

PULASKI COUNTY SHERIFF'S DEPARTMENT

STATE OF ARKANSAS
COUNTY OF PULASKI

SIGNED AND SWORN TO ME BY THE SAID DEPUTY KEN TURNER ON THIS 11th DAY OF JANUARY, 2011 TO CERTIFY WHICH WITNESS MY HAND AND SEAL OF OFFICE.

MARJORIE M. GIPSON, NOTARY PUBLIC
MY COMMISSION EXPIRES 04-08-2020

