## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
_____:
                               :
DAYS INNS WORLDWIDE, INC.,      :
                               :   Civil Action No. 09-6474 (CCC)
                Petitioner,     :
                               :
       v.                       :        O R D E R
                               :
QUANTUM HOTEL, LLC, et al.,      :
                               :
                               :
                Respondents.    :
_____:
```

On July 22, 2011, Days Inns Worldwide, Inc. ("Petitioner") filed a Motion for final judgment by default against defendants Quantum Hotel, LLC, Pramudmbhai Patel, Pravien Patel, Raman Patel, Manoj Bhakta, Minesh Bhakta, Subhash Patel, Randeep Mann, Brian Petker and T.M. Patel, (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55(b).  The Verified Complaint in this matter was filed on December 23, 2009, seeking damages as a result of the breach and premature termination of a license agreement between Petitioner and Defendants.  Service was effected on each of the Defendants. [Docket Nos. 4-7] The Clerk entered default against the Defendants on April 30, 2010 and May 31, 2011.  The case was transferred to the undersigned on June 21, 2011.

This Court has reviewed Petitioner's Motion for default judgment against Defendants and is prepared to grant default judgment to Petitioner on the issue of liability.  However, the

Court requires further explication regarding the monetary damages Petitioner is seeking.

Therefore, the Court directs Petitioner to submit additional affidavits on the issue of damages.  The affidavits should be accompanied by written explanations detailing: 1) the specific calculation of and support for the Recurring Fees; 2)the specific calculation of and support for the liquidated damages; 3) the specific calculation of and support for the treble damages pursuant to the Lanham Act and as a matter of unjust enrichment; and 4) any relevant interest rates and calculations.  All materials should be as clear, concise and specific as possible. Counsel and Petitioner are not limited to producing primary documentation, and should feel free to create visual aids, such as spreadsheets, that will detail and explain the specific amounts Petitioner is seeking and the calculation of these amounts.  Petitioner should use January 17, 2012, the date of this Order, as the end-point for all calculations where applicable.

IT IS on this __17th__ day of __January__, 2012, ORDERED that Petitioner's Motion for default judgment is hereby granted.  The Court reserves decision on the determination of actual damages.  Petitioner shall provide the Court with additional information justifying the damages it seeks consistent with this Order no later than February 7, 2012.

CLAIRE C. CECCHI
United States District Judge